NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――

**DYNETIX DESIGN SOLUTIONS, INC.,
A CALIFORNIA CORPORATION,**
*Plaintiff-Appellant,*

v.

**SYNOPSYS, INC., A DELAWARE CORPORATION,**
*Defendant-Appellee,*

AND

**INTEL CORPORATION,**
*Intervenor.*

―――――――――――――

2013-1676

―――――――――――――

Appeal from the United States District Court for the Northern District of California in No. 5:11-cv-05973-PSG, Magistrate Judge Paul S. Grewal.

―――――――――――――

**ON MOTION**

―――――――――――――

**O R D E R**

Dynetix Design Solutions, Inc., Synopsys, Inc., and Intel Corporation jointly move to voluntarily dismiss this

2                DYNETIX DESIGN SOLUTIONS v. SYNOPSYS, INC.

appeal pursuant to Federal Rules of Appellate Procedure 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to dismiss the appeal is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

(3)  All other pending motions are denied as moot.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s27


ISSUED AS A MANDATE: March 18, 2014